All concur.

In the Matter of the Claim of Charles J. Schwalenstocker, Respondent, against Department of Taxation and Finance of the State of New York et al., Appellants. State Industrial Board, Respondent.—

Hill, P. J., Bliss and Heffernan, JJ., concur; Crapser and Schenck, JJ., dissent, and vote to reverse and dismiss the claim.

In the Matter of the Claim of Felicia C. Gutierrez, Respondent, against Republic Steel Corporation et al., Appellants. State Industrial Board, Respondent.—

All concur.

In the Matter of the Claim of Paul Albrecht, Appellant, against California Pie & Baking Corporation et al., Respondents. State Industrial Board, Respondent.—